# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN EDWARD CANO,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 82462

FILED

MAR 08 2021

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on October 29, 2020. The district court served notice of entry of that order on appellant on November 2, 2020. Appellant did not file the notice of appeal, however, until February 6, 2021, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-06635

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 15
       Eighth Judicial District Court, Department 23
       Steven Edward Cano
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A